Case 04-03389-hdh    Doc 1-2    Filed 06/30/04    Entered 06/30/04 16:35:19    Desc
Exhibit Exhibit B - Defendants    Page 1 of 2

NSSI Liquidatng Trust's Original Complaint to Avoid and Recover Funds Avoidable Transfers Under 11 U.S.C. §§ 544, 547, 548, 549 AND 550    Exhibit "B",  Page 1

| Creditor Name | Total Payment Amount | Address Line 1 | Address Line 2 | First Name | Last Name | City | ST | Zip |
|---|---|---|---|---|---|---|---|---|
| ACS Technology Solutions (TMP) | $ 57,735.26 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Adea, Inc. | $ 57,791.94 | 4385 LBJ Freeway - Heritage Square I | #800 | Abid | Abedi | Dallas | TX | 75244 |
| Adex Corporation | $ 29,284.69 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Advanced Creative Computer Solutions | $ 35,334.50 | P.O. Box 49475 | | Tim | Featherston | Colorado Springs | CO | 80949-9475 |
| AdventSoft Technologies, Inc. | $ 9,423.72 | 12482 Abrams Road | Suite 804 | Qadeer | Qazi | Dallas | TX | 75243-1678 |
| Alpine Oasis Enterprises, Inc. | $ 26,298.74 | 3215 Honeyburyl Drive | | | | Colorado Springs | CO | 80918 |
| American Express | $ 30,659.78 | 200 Veasey Street | | | | New York | NY | 10285-00002 |
| Arlington County Treasurer | $ 5,720.00 | 2100 Clarendon Blvd | Suite 201 | | | Arlington | VA | 22201 |
| Balwin, Hackett & Meeks, Inc. | $ 40,547.00 | 300 North Marienfield | Suite 700 | Wesley | Strain | Midland | TX | 79701 |
| Blue Cross Blue Shield of Texas | $ 14,561.76 | 901 South Central Expressway | | Ronald | Taylor | Richardson | TX | 75080 |
| Brian Emslie | See Exhibit "A1" | 4263 Timberglen Road | | | | Dallas | TX | 75287 |
| Broadband Utilities | $ 75,167.03 | 5950 Sherry Lane | Suite 750 | John | Drossos | Dallas | TX | 75225 |
| BRP(SV), L.P. c/o Texas Property Advisors | $ 21,367.45 | 5333 Spring Valley Road | | Robert | Behringer | Dallas | TX | 75240 |
| Cable Building Partners | $ 7,440.00 | c.o Judd Properties Corp. | 2222 S Albion Street, Suite 100 | | | Denver | CO | 80222-4928 |
| Capital Realty Management | $ 8,266.55 | 111 FM 2818 | | David | Scarmardo | Bryan | TX | 77805 |
| Centex Consulting Corporation | $ 51,925.59 | 355 Country Road 212 | | Robert | Gleaton | Gainesville | TX | 76240 |
| Colorado Department of Revenue | $ 7,439.37 | Denver Service Center | 1375 Sherman St | | | Denver | CO | 80261-0004 |
| Comtek Associates, Inc. | $ 15,925.57 | 4715 Butterworth Place, NW | | | | Washington | DC | 20016 |
| CSI Staffing, Inc. | $ 22,191.90 | P.O. Box 530629 | | | | Atlanta | GA | 30353-0629 |
| Cybertel Consulting | $ 9,059.52 | 8301 Bent Tree Springs Drive | | Apurva | Sheth | Plano | TX | 75025 |
| DAI Funding | $ 25,346.19 | c/o George M. Geeslin, Fifteen Piedmont Center | 3575 Piedmont Rd., N.E., Suite 1070 | | | Atlanta | GA | 30305-1527 |
| DAX | $ 604,884.71 | Holmdel Corporate Plaza | 2137 Highway 35 North | Dana | Alexe | Holmdel | NJ | 07733 |
| Dynax Solutions, Inc. | $ 27,662.15 | 192 Lexington Avenue | 15th Floor | | | New York | NY | 10016 |
| ECA, Inc. | $ 29,079.47 | 2217 Tamarisk Lane | | | | Plano | TX | 75023 |
| Ed Astin | See Exhibit "A1" | 121 Candlewood Road | | | | Rocky Mount | NC | 27801-2105 |
| EDL Systems, Inc. | $ 28,554.41 | 3953 Llano Drive | | Edgardo | Lumbo | Plano | TX | 75074 |
| EHUB Software | $ 19,407.99 | 1200 Ranchero Way | Suite 11 | | | San Jose | CA | 95117 |
| Eric Swanson | See Exhibit "A1" | 2460 S. Ogden Street | | | | Denver | CO | 80210 |
| First Community Financial Corporation | $ 33,914.58 | 4000 N. Central Avenue | Suite 100 | | | Phoenix | AZ | 85012-3520 |
| First Insurance Funding Corp. | $ 10,357.10 | P.O. Box 3306 | | | | Northbrook | IL | 60065-3306 |
| Ford Motor Credit Company | $ 7,864.58 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Fore Associates | $ 476,766.21 | 44 Church Street | Suite 11M | Frank | Bucci | White Plains | NY | 10601 |
| Gebbs Software International | $ 24,169.04 | 530 Main Street, Suite 4 | | | | Fort Lee | NJ | 07024 |
| Global Staffing Solutions, Inc. | $ 28,701.83 | 11211 Katy Freeway | Suite 140 | Craig | Longhurst | Houston | TX | 77079 |
| GLOTEL | $ 30,360.01 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Goldstone Technologies | $ 17,758.70 | One Lawson Lane | | | | Burlington | VT | 05401 |
| GTM Systems Dev. Corp | $ 20,806.13 | 2000 West Loop South | Suite 1480 | Gerardo | Murillo | Houston | TX | 77027 |
| H.L. Yoh Company - Dallas | $ 30,064.00 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Headway Technology Resources | $ 8,379.13 | Corporation Service Co. | 701 Brazos Street, Suite 1050 | | | Austin | TX | 78701 |
| Ibase Consulting | $ 53,051.82 | 14643 Dallas Parkway | Suite 420 | Cathy | Peterson | Dallas | TX | 75240 |
| Impact Innovations | $ 10,520.00 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Infinity Consulting Corporation | $ 42,079.52 | 5220 Spring Valley Road | Suite 600 | Michael | Doyle | Dallas | TX | 75240 |
| Infoedge International, Inc. | $ 38,447.25 | 1750 North Collins Blvd. | #116 | Anirudha | Basu | Richardson | TX | 75080 |
| Innvoative System Solutions | $ 26,584.96 | 8946 Miller Lane | Suite 504 | | | Vienna | VA | 22182 |
| Intellimark | $ 19,585.40 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Intellisoft Technologies, Inc. | $ 17,027.01 | 2404 Texas Drive | Suite 111 | Sowmya | Mandura | Irving | TX | 75062 |
| Interactive Object Solutions | $ 114,374.32 | 16990 N. Dallas Pkwy | #205 | Michael | Sojdie | Dallas | TX | 75248 |
| Ion Idea | $ 250,574.89 | 10300 Easton Place | #300 | Janet | Burke | Fairfax | VA | 22030 |
| James M. Franks | $ 11,550.00 | 6009 Baton Rouge Blvd. | | | | Frisco | TX | 75035 |
| Jason Skinner | See Exhibit "A1" | 4601 Glenrose Wasy | | | | Plano | TX | 75093 |
| Jesse O'Gorman | See Exhibit "A1" | 3000 S. Randolph | #409 | | | Arlington | VA | 22206 |
| JTA, Inc. c/o Main Factors, Inc. | $ 57,872.24 | 4514 Cole Avenue | Suite 300 | George, Jr. | Spaniel | Dallas | TX | 75205 |
| Karen Moore | See Exhibit "A1" | 1835 Castille Drive | | | | Carrollton | TX | 75007 |
| Kennington Partnership #1 | $ 5,940.00 | 4950 Keller Springs Road | Suite 100 | David | Kennington | Addison | TX | 75001 |
| Main Factors, Inc. | $ 57,872.24 | 4514 Cole Avenue | Suite 300 | George, Jr. | Spaniel | Dallas | TX | 75205 |
| Maverick Information Systems | $ 14,332.00 | P.O. Box 910 | | | | Far Hills | NJ | 07931 |

Case 04-03389-hdh    Doc 1-2    Filed 06/30/04    Entered 06/30/04 16:35:19    Desc
Exhibit Exhibit B - Defendants    Page 2 of 2

NSSI Liquidatng Trust's Original Complaint to Avoid and Recover Funds Avoidable Transfers Under 11 U.S.C. §§ 544, 547, 548, 549 AND 550    Exhibit "B",  Page 2

| Creditor Name | Total Payment Amount | Address Line 1 | Address Line 2 | First Name | Last Name | City | ST | Zip |
|---|---|---|---|---|---|---|---|---|
| MCI Telecommunications | $ 14,182.24 | Prentice Hall Corporation System | 701 Brazos Street, Suite 1050 | | | Austin | TX | 78701 |
| Meridian Technology Partners | $ 9,648.96 | 6200 S. Syracuse Way | | | | Greenwood Village | CO | 80111 |
| Monster.com c/o Monster Worldwide | $ 5,562.50 | Corporation Service Co. | 800 Brazos Street, Suite 750 | | | Austin | TX | 78701 |
| NeoNetwork Consulting | $ 7,545.05 | P.O. Box 795306 | | | | Dallas | TX | 75379-5306 |
| NewData Strategies, Inc. | $ 33,914.58 | c/o First Community Financial Corp. | 4000 N. Central Avenue, Suite 100 | | | Phoenix | AZ | 85012-3520 |
| Object Tel, Inc. | $ 22,158.87 | 21020 West Spring Creek Parkway | Suite E | J. Duncan, IV | Webb | Plano | TX | 75023 |
| Omnitech Systems | $ 22,689.48 | 3976 Chain Bridge Road | | | | Fairfax | VA | 22030 |
| Opportunities at Work | $ 25,887.31 | 14643 Dallas Parkway | Suite 420 | Kent | Smith | Dallas | TX | 75240 |
| Piotr Zapendowski | See Exhibit "A1" | 3604 Blackwood Court | | | | Richardson | TX | 75082 |
| Process Management Consultants | $ 15,095.07 | 2381 Shuresville Road | | | | Darlington | MD | 21034 |
| Producers Exchange Benefit Service | $ 98,997.87 | 14665 Midway Road | | | | Addison | TX | 75001-3184 |
| Proex c/o Producers Exchange Benefit Service | $ 98,997.87 | Producers Exchange Benefit Svc | 14665 Midway Road | | | Addison | TX | 75001-3184 |
| PSI Data Systems Limited | $ 15,905.18 | 6318 N. Macarthur Blvd | #1067 | Koduvayur | Ramachandran | Irving | TX | 75039 |
| Pulsar Tech Corp. | $ 20,129.64 | 14610 Outpost Court | | Jyothi | Rao | Centreville | VA | 20121 |
| QI Exchange, LLC c/o Ford Motor Credit Company | $ 7,864.58 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| QSE | $ 54,735.83 | 6407 Lake Bluff | | Doug | Dyer | Dallas | TX | 75249 |
| Richard Blumberg | See Exhibit "A1" | c/o Apogean Marketing | 2895 W. Prospect Road | | | Ft. Lauderdale | FL | 33309 |
| Ross Project Management | $ 26,166.00 | 320 W. Adams Avenue | | | | St. Loius | MO | 63122 |
| RRL, Inc. | $ 22,253.07 | P.O. Box 10361 | | Rohit | Mital | Colorado Springs | CO | 80932 |
| Silico Global Information Systems | $ 20,214.67 | 222 3rd Avenue, SE | Suite 240-C "Armstrong Center" | Ravi | Krishnamurt | Cedar Rapids | IA | 52401 |
| Staff IT - Amerisource | $ 5,927.03 | 110 Cypress Station | Suite 153 | Sam | Gephart | Houston | TX | 77090 |
| Stasan, Inc. | See Exhibit "A1" | c/o Apogean Marketing | 2895 W. Prospect Road | | | Ft. Lauderdale | FL | 33309 |
| Sycar, Inc. | $ 38,610.79 | 1032 Varsity Court | | | | Mountain View | CA | 94040 |
| Syntel | $ 20,078.37 | LexisNexis Document Solutions, Inc. | 701 Brazos Street, Suite 1050 | | | Austin | TX | 78701 |
| SysVision | $ 185,510.11 | 4252 Walnut Avenue | | Suresh | Madela | Sam Ramon | CA | 94583 |
| Technisource | $ 16,254.90 | c/o Bloch, Minerley, & Fein, PL | 980 N. Federal Hwy., Suite 412 | | | Boca Raton | FL | 33432 |
| Texas Property Advisors | $ 21,367.45 | 5333 Spring Valley Road | | Robert | Behringer | Dallas | TX | 75240 |
| Texas Workforce Commission | $ 10,697.88 | TEC Bldg. - Bankruptcy | 101 East 15th Street | | | Austin | TX | 78778 |
| The Hartford | $ 36,401.82 | Hartford Plaza | 690 Asylum Avenue | | | Hartford | CT | 06115 |
| Time Warner Telecom | $ 8,824.82 | CT Corporation System | 350 North St. Paul Street | | | Dallas | TX | 75201 |
| Todd Roy | $ 6,750.00 | 414 East Doamond Avenue | | | | Gaithersburg | MD | 20877 |
| Townsend & Jones, LLP | $ 100,000.00 | c/o Lawrence R. Jones, Jr. | 8100 Lomo Alto, Suite 238 | | | Dallas | TX | 75225 |
| Triad Management Systems, Inc. | $ 13,323.44 | 15245 Shady Grove Road | Suite 350 | Lisa | Purkey | Rockville | MD | 20850 |
| Trinity Solutions, Inc. | $ 13,346.54 | 2001 Midwest Road | Suite 204 | Ray | Marneris | Oak Brook | IL | 60523 |
| T-Staff | $ 9,546.92 | 4343 Shallowford Rd. | Suite C3B | Bruce | Astrom | Marietta | GA | 30062 |
| Universal Network, Inc. | $ 53,446.84 | 610 Presidential Drive | #102 | David | Chung | Richardson | TX | 75081 |
| Virginia Dept. of Taxation | $ 6,447.30 | VA Dept of Taxation, Office of Customer Service | P.O. Box 1115 | | | Richmond | VA | 23218-1115 |
| Visualsoft Information Solutions | $ 27,317.17 | 8200 Brookriver Drive | N-104 | Rao | Telidevara | Dallas | TX | 75247 |
| Windsor at Shirlington Village | $ 6,526.00 | 8235 Douglass Avenue | Suite 1300 | Guy | Brigman | Dallas | TX | 75225 |
| XPRO, Inc. | $ 154,500.00 | 636 Burning Tree Lane | | Dennis | Mullen | Coppell | TX | 75019 |
| Xtron Software Services. Inc. | $ 17,441.81 | 3080 Olcott Street | Suite 220-D | Jagadish | Puttanna | Santa Clara | CA | 95054 |
| Zap Technologia, Inc. | See Exhibit "A1" | 3604 Blackwood Court | | | | Richardson | TX | 75082 |